UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THAD L. MOHR,<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. CV08-237-TSZ-JPD<br>           CR00-83-TSZ<br><br>ORDER TRANSFERRING<br>§ 2255 MOTION |

The Court, having reviewed petitioner's petition, together with all materials in support of and in opposition to that document, the Report and Recommendation of United States Magistrate Judge James P. Donohue, the governing law and balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This case is TRANSFERRED to the United States Court of Appeals for the Ninth Circuit pursuant to 28 U.S.C. § 1631 and Circuit Rule 22-3(a). Petitioner is advised that this transfer will not by itself constitute compliance with 28 U.S.C. § 2244(b)(3) and Circuit Rule 22-3. He must still file an application for leave to proceed with the Ninth Circuit and make the showing required by 28 U.S.C. § 2244(b)(2).

(3) The Clerk is directed to close this case and transfer all original documents to the Ninth Circuit Court of Appeals. The Clerk is further directed to send a copy of this Order to petitioner, to counsel for respondent, and to Judge Donohue.

DATED this 21st day of October, 2008.

s/ Thomas S. Zilly

_____
THOMAS S. ZILLY
United States District Judge